IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTIAN KOELSCH, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE COUNTY OF LANCASTER, et al., | : | No. 11-5681 |
| Defendants. | : | |

## ORDER

AND NOW, this **25th** day of **September, 2012**, upon consideration of Defendants' Motion for Summary Judgment, Plaintiff's response thereto, and Defendants' reply thereon, and for the reasons provided in this Court's Memorandum dated September 25, 2012, it is hereby **ORDERED** that:

1. Defendants' motion (Document No. 20) is **GRANTED**.

2. Judgment is entered in favor of Defendants and against Plaintiff.

3. Plaintiff's case is **DISMISSED**.

4. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**